UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL GADELKAREEM,**

**Plaintiff,**

v.

**Case No. 6:25-cv-1624-CEM-NWH**

**SANTANDER CONSUMER USA
INC.,**

**Defendant.**

_____ /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 17). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 19), recommending that the Motion be denied without prejudice and that Plaintiff's Complaint (Doc. 1) be dismissed with leave to amend.[1]

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

---

[1] Following issuance of the R&R, Plaintiff filed an Amended Complaint (Doc. 20) and a Renewed Motion to Proceed *in Forma Pauperis* (Doc. 21). The Court will accept these as properly filed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 17) is **DENIED without prejudice.**

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**

4. Plaintiff's Amended Complaint (Doc. 20) and Plaintiff's Renewed Motion to Proceed *in Forma Pauperis* (Doc. 21) are accepted as properly filed.

**DONE** and **ORDERED** in Orlando, Florida on June 9, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party